| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>David C. White | **DEFENDANTS**<br>CitiMortgage, Inc.<br>Lawyers Title Realty |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Mitchell Goldstein & Jason Krumbein, Krumbein Consumer Legal Services, Inc., 1650 Willow Lawn Drive, Suite 300, Richmond, VA 23230, 804-673-4358 | **ATTORNEYS** (If Known)<br>Kevin Hildebeidel and Amy Czekala, Morris\|Hardwick\|Schneider, PLLC, 9324 West Street, Suite 201, Manassas, VA 20110 |
| **PARTY** (Check One Box Only)<br>☒ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Strip an unsecured lien under 11 U.S.C. 506

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>David C. White | BANKRUPTCY CASE NO.<br>3:09-BK-33543-DOT | |
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of Virginia | DIVISION OFFICE<br>Richmond | NAME OF JUDGE<br>C.J. D.O. Tice |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>October 9, 2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Mitchell P. Goldstein & Jason M. Krumbein | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, *unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

*Per LBR 7003-1, in the EDVA, a properly completed Adversary Proceeding Cover Sheet is required.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: David C. White, | Case No. | 3:09-BK-33543-DOT |
| Debtor. | Chapter | 13 |

**David C. White,**
      **Plaintiff.**
    v.                              APN:      3:09-AP-_____-DOT

**CitiMortgage, Inc.**
**Lawyers Title Realty, Trustee,**
      **Defendants.**

## COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. SECTION 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND CREDITOR'S ALLOWED SECURED CLAIM

**COMES NOW** your Plaintiff, by counsel, and for his complaint respectfully represents as follows:

1. This is an action brought by the Plaintiff pursuant to 11 U.S.C. § 506(a) and F.R.Bankr.P. 3012 to determine the value of the interest of the Defendant in the residential real estate of the debtors and determine the amount of the allowed secured claim of the Defendant.

## JURISDICTION, VENUE AND CORE PROCEEDING

2. The Plaintiff alleges that this is a core proceeding as that term is defined by 28 U.S.C. § 157(b)(2) in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

---

Mitchell P. Goldstein, Esq. VSBN 40613, mgoldstein@krumbein.com
Jason M. Krumbein, Esq. VSBN 43538, jason@krumbein.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office, 804.673.4350 fax

3. The Plaintiff further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 157(b)(2).

4. The Plaintiff further alleges that venue is properly laid in this district pursuant to 28 U.S.C. §1391 (b) and (c).

**PARTIES**

5. Plaintiff David C. White (hereinafter "Plaintiff") is a Debtor-in-Bankruptcy pursuant to 11 U.S.C. §101(13).

6. Upon information and belief, defendant, CitiMortgage, Inc. (hereinafter "CitiMortgage") is a creditor, pursuant to 11 U.S.C. §101(10)(A).

7. Upon information and belief, defendant, CitiMortgage is a New York Corporation, registered with the State Corporation Commission, with a Registered Agent, and may be served at CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060.

8. Upon information and belief, defendant, CitiMortgage is represented by Kevin Hildebeidel and Amy Czekala of Morris|Hardwick|Schneider, PLLC whose address is 9324 West Street, Suite 201, Manassas, VA 20110

9. Upon information and belief, defendant Lawyers Title Realty is the Trustee under a recorded Deed of Trust for defendant CitiMortgage.

10. Upon information and belief, defendant, Lawyers Title Realty is a Virginia Corporation, registered with the State Corporation Commission, with a Registered Agent, and may be served at CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060.

**FACTS**

10. The Plaintiff commenced this case by filing, on June 3, 2009, a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

Mitchell P. Goldstein, Esq. VSBN 40613, mgoldstein@krumbein.com
Jason M. Krumbein, Esq. VSBN 43538, jason@krumbein.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office, 804.673.4350 fax

- 2 -

11. The Plaintiff owns real estate situated in Goochland County, Virginia known as 6688 Tatum Road by way of Deed recorded in the Circuit Court of Goochland County, Virginia as instrument number 06000083. The legal description of that property is as follows:

> ALL that certain lot or parcel of land, with improvements thereon and appurtenances thereto belonging, in Templeton Magisterial District, Prince George County, Virginia, containing 13.4 acres, more or less, and identified as Parcel B (circled B) on a plat entitled "FAMILY DIVISION OF TP# 60(A)-4A SITUATED ON S.R. #620, TEMPLETON DISTRICT, PRINCE GEORGE COUNTY, VIRGINIA", drawn by Robert V. Cawthorne, Jr., dated October 1, 2001, a copy of which is recorded with that certain deed recorded June 13, 2002 as Instrument No. 020003208, and to which plat reference is made for a more particular description of the land and then following easement hereby conveyed;
>
> TOGETHER WITH a permanent, nonexclusive easement of right-of-way, 50' wide, for ingress and egress and utilities, extending to and from the above described Parcel B and State Route 620, Tatum Road, as shown on the aforesaid plat.
>
> BEING a portion of the same real estate conveyed to David C White, by deed from C W Lundie Builder, Inc., dated December 30, 2005, recorded in the Clerk's Office, Circuit Court, Prince George County, Virginia simultaneously with this deed of trust.

12. The Defendant is the holder of a promissory note executed by the Plaintiff secured by a Deed of Trust with the Instrument Number 070001843.
    a.) The holder for the Deed of Trust is Citimortgage, Inc., located at 1000 Technology Drive, MS 140. O'Fallon, MO 63304.
    b.) The trustee for the Deed of Trust is Lawyers Title Realty located at 601 Riverside Avenue, Jacksonville, FL 32204.
13. At the time of the Bankruptcy, the principal residence was worth no more than $176,000.00 (see Exhibit "A") and was subject to a first Deed of Trust with a payoff of approximately $184,000 (see Exhibit "B") with the Instrument Number 06000084.

Mitchell P. Goldstein, Esq. VSBN 40613, mgoldstein@krumbein.com
Jason M. Krumbein, Esq. VSBN 43538, jason@krumbein.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office, 804.673.4350 fax

- 3 -

Respectfully Submitted,

**DAVID C. WHITE**

BY COUNSEL: /s/ Mitchell P. Goldstein, Esq.
Mitchell P. Goldstein, Esq., VSB 40613
mgoldstein@krumbein.com
Jason M. Krumbein, Esq., VSB 43538
jason@krumbein.com
Krumbein Consumer Legal Services
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
(804) 673-4350, (804) 673-4358 (fax)

Mitchell P. Goldstein, Esq. VSBN 40613, mgoldstein@krumbein.com
Jason M. Krumbein, Esq. VSBN 43538, jason@krumbein.com
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358 office, 804.673.4350 fax

- 5 -

# Comparative Market Analysis

**Prepared Especially for:**

David & Jennifer White

908-6975

6688 Tatum Road

Disputanta, VA 23842

EXHIBIT A

**Courtesy of:**

Joy Harris-Cobb
Harris & Assoc, Inc
23214 Airport St.
Petersburg, VA 23803



# Comparative Market Analysis

## Pending Comparables

|  | Your Property | #1 | Adj | #2 | Adj |
|---|---|---|---|---|---|
| MLS# |  | 2841605 |  | 2900636 |  |
| Address | 6688 Tatum Road | 20434 Horseshoe |  | 9255 Jacob |  |
| Pending Date | (none) | 4/27/2009 |  | 3/20/2009 |  |
| Status Date | (none) | 4/30/2009 |  | 3/23/2009 |  |
| Year Built | 2005 | 2004 |  | 2008 |  |
| Exterior | Vinyl | Vinyl |  | Vinyl |  |
| Finished SqFt. | 1,632 | 1,512 |  | 1,400 |  |
| Style | Ranch | Ranch |  | Ranch |  |
| Bedrooms | 3 | 3 |  | 3 |  |
| Baths Full | 2 | 2 |  | 2 |  |
| Baths Half | 0 | 0 |  | 0 |  |
| Cooling | Central Air | Central Air |  | Central |  |
| Heating | Heat Pump | Heat Pump |  | Heat Pump |  |
| Fireplace | No | 1 |  | No |  |
| Garage | No | No |  | No |  |
| Number of Cars | N/A | N/A |  | N/A |  |
| Acres | 5 | 1.76 |  | 5 |  |
| Price Per Sq.Ft. |  | 132.21 |  | 135.64 |  |
| DOM |  | 127 |  | 74 |  |
| Net Adjustments |  |  | 0 |  | 0 |
| Adjusted Price |  | *169,900* |  | *174,900* |  |
| Notes |  |  |  |  |  |

# Comparative Market Analysis

## Sold Comparables



|  | Your Property | #3 | Adj | #4 | Adj |
|---|---|---|---|---|---|
| MLS# |  | 2829473 |  | 2840911 |  |
| Address | 6688 Tatum Road | 9950 Cedar |  | 4418 Tatum |  |
| Pending Date | (none) | 12/16/2008 |  | 2/4/2009 |  |
| Status Date | (none) | 1/19/2009 |  | 3/10/2009 |  |
| Year Built | 2005 | 2001 |  | 1987 |  |
| Exterior | Vinyl | Vinyl |  | Cedar |  |
| Finished SqFt. | 1,632 | 1,448 |  | 1,421 |  |
| Style | Ranch | Ranch |  | Ranch |  |
| Bedrooms | 3 | 3 |  | 3 |  |
| Baths Full | 2 | 2 |  | 3 |  |
| Baths Half | 0 | 0 |  | 0 |  |
| Cooling | Central Air | Central Air |  | Central Air |  |
| Heating | Heat Pump | Heat Pump |  | Heat Pump |  |
| Fireplace | No | No |  | No |  |
| Garage | No | Yes |  | No |  |
| Number of Cars | N/A | 2.5 |  | N/A |  |
| Acres | 5 | 5 |  | 5.528 |  |
| Price Per Sq.Ft. |  | 118.78 |  | 140.68 |  |
| DOM |  | 121 |  | 55 |  |
| Net Adjustments |  |  | 0 |  | 0 |
| Adjusted Price |  | *172,000.* |  | *165,900* |  |

Notes

## Comparative Market Analysis

## Comparable Price Analysis

**Comparable Price Analysis**  Sales Price
Low Price  172,000
Average Price  170,695
High Price  174,900

**Adjusted Price Analysis**  Adjusted Sales Price
Low Price
Average Price  172,000
High Price  170,695
   174,900

**Suggested List Price**

**Agent's Suggested List Price**

176,000

IN "AS IS" CONDITION, WITH THE NEED FOR THE INTERIOR TO BE REPAINTED, ALL CARPETING REPLACED, LANDSCAPING AND DRIVEWAY WORK — I WOULD RECOMMEND PRICING THE HOUSE AT A MARKET VALUE OF $165,000.

## Payoff Statement Quote

EXHIBIT B

**Midland Mortgage Co.**
Payoff Address: 999 NW Grand Blvd Ste 110, Oklahoma City, OK 73118-6077

Customer Service Department (800) 654-4566
Monday through Friday, 8:00 A.M. to 5:00 P.M. (Central Time)

Issue Date:  04/16/2009
Quote Expiration Date: 05/01/09
Loan #:   52512764
Mortgagor Name:  DAVID C WHITE
Co-mortgagor Name:
Property Address:  6688 TATUM RD
                   DISPUTANTA, VA 23842-6902

Loan Type: FHA Loan
Case No.:  5417349437703  THIS IS NOT A LOAN NUMBER
Next Payment Due:
This Quote reflects the last payment posted on.

**Payoff Subject to Final Audit.** The amounts reflected on this Payoff Statement Quote are subject to final verification by Midland. Midland reserves the right to adjust these amounts and refuse any funds which are insufficient to pay the loan in full for any reason, including, but not limited to, an error in calculation of the payoff amount; previously dishonored checks; fees incurred after the Issue Date of this Payoff Statement Quote; or additional disbursements of taxes, insurance, or other escrow items made by Midland after the Issue Date of this Payoff Statement Quote.

------ FUNDS DUE FOR ACCOUNT #   52512764 --------
*See below for definitions of numbered items

| | |
|---|---:|
| 1. PRINCIPAL | 181903.18 |
| 2. INT 03/01/09 TO    05/01/09 | 2008.52 |
| 3. PREPAYMENT FEE/INTEREST | 0.00 |
| 4. ADVANCES FOR TAXES/INSURANCE | 0.00 |
| 5. MORTGAGE INSURANCE PREMIUM DUE | 154.28 |
| 6. OUTSTANDING LATE CHARGES DUE | 0.00 |
| 7. ANTICIPATED LATE CHARGE | 62.15 |
| 8. MORTGAGE BALANCE DUE | 184128.13 |
| 9. FEES ASSESSED WITH PAYOFF QUOTE | 5.00 |
| 10. FEES REQUIRED WITH PAYOFF FUNDS | 31.00 |
| 11. OPTIONAL SERVICES DUE | 0.00 |
| 12. OTHER OUTSTANDING FEES DUE | 0.00 |
| ------ FUNDS TO BE CREDITED --------- | |
| 13. LESS ESCROW FUNDS | 154.28 |
| **14. TOTAL PAYOFF BALANCE DUE** | **184009.85** |

------ ESCROW/IMPOUND REQUIRED ----
05/01/09  FHA        77.14

---------- INTEREST CALCULATIONS ------

| RATE | FROM | TO | INT. DUE | |
|---|---|---|---|---:|
| 6.625 0 | 3/01/09 | 4/01/09 | | 1004.26 |
| 6.625 0 | 4/01/09 | 5/01/09 | | 1004.26 |

---------- ANTICIPATED BALANCES ------

| | |
|---|---:|
| 15. ESCROW FUNDS | 764.00 |
| 16. UNAPPLIED FUNDS | 0.00 |

---

***Definitions of Numbered Items***

1. Unpaid Principal Balance due
2. Interest due; for FHA loans see Section 7, Payoff Instruction Sheet
3. Fee for the privilege to prepay the loan, if applicable
4. Funds required for payment of taxes, insurance, and other escrow items, including any funds previously advanced by Midland on mortgagor's behalf (see Escrow/Impound Required, above)
5. Required Mortgage Insurance Premium, if applicable
6. Unpaid late charges due
7. "Anticipated Late Charge" assumes that certain payments due before the Quote Expiration Date will not be made timely and includes a late charge for: (1) the current monthly payment if it has not posted before the Issue Date of this Quote; and (2) any additional monthly payments due before the Quote Expiration Date; the mortgagor will be refunded part or all of this charge to the extent such monthly payments are made timely
8. Mortgage balance due not including optional products and other fees (subtotal of Items 1 through 7)
9. Expedited Delivery Fee and Payoff Statement Fee, if applicable
10. Fees assessed by the county or other local government office for the recording of release documents and fees incurred for preservation of your property
11. Funds due for optional monthly insurance premium(s) and/or other optional products
12. Other unpaid fees previously assessed to the loan
13. Funds in escrow account used to pay unpaid escrow items, such as taxes, hazard insurance, and mortgage insurance premium(s), as applicable
14. Total balance due to pay loan in full; see Section 2 of the Payoff Instruction Sheet for payment options, including wire instructions
15. Anticipated balance of escrow funds following possible disbursements for taxes, insurance, or other escrow items
16. Anticipated balance of holding account funds tied directly to the loan

---

To receive same day credit and to avoid additional interest, payoff funds must be remitted in U.S. Dollars by cashier's check, certified check, title company check, or wire transfer, and received by Midland at the Payoff Address identified above by 3:00 P.M. (Central Time). Payoffs will not be applied or credited on Saturdays, Sundays, or holidays. Please see Section 2 of the Payoff Instruction Sheet for wire instructions. To ensure timely and proper application of payoff funds, please be sure to indicate "Payoff" on all documents and payments submitted to Midland. In addition, include the mortgagor's name, loan number, and property address with the payoff funds.